## SULLIVAN v. NEW HANOVER COUNTY

[120 N.C. App. 641 (1995)]

FRED T. SULLIVAN AND PAMELA SULLIVAN, PLAINTIFFS-APPELLANTS v. NEW HANOVER COUNTY AND DOUG A. GARRETT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, DEFENDANTS-APPELLEES

FRED T. SULLIVAN AND BESSIE SULLIVAN, PLAINTIFFS-APPELLANTS v. NEW HANOVER COUNTY AND DOUG A. GARRETT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, DEFENDANTS-APPELLEES

No. COA 95-144

No. COA 95-145

(Filed 7 November 1995)

Appeal by plaintiffs from order entered 9 December 1994 by Judge W. Allen Cobb, Jr. in New Hanover County Superior Court. Heard in the Court of Appeals 27 October 1995.

*Shipman & Lea, by Gary K. Shipman, for plaintiffs-appellants.*

*Womble Carlyle Sandridge & Rice, by Allan R. Gitter and Ursula M. Henninger, for defendants-appellees.*

PER CURIAM

For the reasons stated in Judge John C. Martin's opinion, *Sinning v. Clark*, 119 N.C. App. 515, 459 S.E.2d 71 (1995), we affirm the judgment of the trial court in this case.

Affirmed.

Panel consisting of:

Judges LEWIS, WYNN, and JOHN.